No. 09-10163. Richard E. Gray, Petitioner v. Scott Kernan, Warden.

560 U.S. 969, 130 S. Ct. 3419, 177 L. Ed. 2d 332, 2010 U.S. LEXIS 4777.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10167. Alfredo Rolando Prieto, Petitioner v. Commonwealth of Virginia.

560 U.S. 969, 130 S. Ct. 3419, 177 L. Ed. 2d 332, 2010 U.S. LEXIS 4926.

June 14, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 278 Va. 366, 682 S.E.2d 910.

No. 09-10171. Ray Jackson, Petitioner v. Florida.

560 U.S. 969, 130 S. Ct. 3420, 177 L. Ed. 2d 332, 2010 U.S. LEXIS 4850.

June 14, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 25 So. 3d 518.

No. 09-10173. Peter Keller, Petitioner v. Florida.

560 U.S. 969, 130 S. Ct. 3420, 177 L. Ed. 2d 332, 2010 U.S. LEXIS 4770.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10174. Joseph Krist, Petitioner v. Texas Department of Family and Protective Services.

560 U.S. 969, 130 S. Ct. 3420, 177 L. Ed. 2d 332, 2010 U.S. LEXIS 4939.

June 14, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fourth District, denied.

No. 09-10175. Edward Muniz, Petitioner v. Nurse Kaspar, et al.

560 U.S. 969, 130 S. Ct. 3420, 177 L. Ed. 2d 332, 2010 U.S. LEXIS 4779.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

No. 09-10176. Robert Delgado Perez, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

560 U.S. 969, 130 S. Ct. 3420, 177 L. Ed. 2d 332, 2010 U.S. LEXIS 4789.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-10183. Gary L. Wise, Petitioner v. South Carolina Department of Corrections.

560 U.S. 970, 130 S. Ct. 3446, 177 L. Ed. 2d 332, 2010 U.S. LEXIS 4956,

June 14, 2010. Petition for writ of certiorari to the Supreme Court of South Carolina denied.